THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Joseph M.
 White, Appellant.
 
 
 
 
 

Appeal From Lexington County
R. Knox McMahon, Circuit Court Judge

Unpublished Opinion No.  2010-UP-540  
 Submitted November 1, 2010  Filed
December 16, 2010

APPEAL DISMISSED 

 
 
 
 Appellate Defender Robert Pachak, of
 Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General
 Salley W. Elliott, all of Columbia; and Solicitor Donald V. Myers, of
 Lexington, for Respondent.
 
 
 

PER CURIAM: Joseph M. White appeals his conviction
 for possession with intent to distribute crack cocaine and possession of crack
 cocaine in proximity of a school or park.  On appeal, White argues the trial
 court erred in admitting testimony of two narcotics officers when they lacked
 reasonable suspicion to seize him.  After a thorough review of the record and
 counsel's brief pursuant to Anders v. California, 386 U.S. 738 (1967),
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss
 the appeal and grant counsel's motion to be relieved.[1]
APPEAL
 DISMISSED.
THOMAS,
 PIEPER, and GEATHERS, JJ., concur. 

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.